## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RICHARD DUNCAN                                                                                     PLAINTIFF

V.                                        4:11CV00010 JMM/JTR

WADE, Deputy,
Pulaski County Detention Center, et al.                                                   DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's January 11, 2011 Order.   Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 16th day of February, 2011.


_____
UNITED STATES DISTRICT JUDGE